**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DARIN TYRONE RONE
ADC #120531**                                                                                                   **PLAINTIFF**

**vs.**                            **Case No. 2:04CV00087 JFF**

**CORPORAL JAMISON,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED, this 5th day of December, 2006.

/s/ John F. Forster, Jr.
U.S. MAGISTRATE JUDGE